# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF ERIC SALAZAR, TOM SALAZAR and ROSANNE SALAZAR, as individuals and as the personal representatives of the ESTATE OF ERIC SALAZAR; MARIO ZAPATA, an individual; HECTOR CENTENO, an individual; GILBERTO CHIRINOS, an individual; SERGIO BIASETTI, an individual; VLADIMIR LALDEZ-RINCON, an individual; RANDOLPH RIVERA, an individual; ALAN TORRES-FLORES, an individual; JOSE MARCANO, an individual; JESUS FERNANDO GUTIERREZ, an individual; MANUEL NERY MORALES, an individual; and ENGINEERED WALL SYSTEMS, INC., a Tennessee Corporation.<br><br>Defendants. | **ORDER**<br><br>Civil No. 2:20-CV-00734 - HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

| | |
|---|---|
| HECTOR CENTENO, an individual; GILBERTO CHIRNOS, an individual; JOSE MARCANO, an individual; MANUEL NERY MORALES, an individual,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>RUBEN URENA, an individual<br><br>Third-Party Defendant. | |
| MARIO ZAPATA, an individual and SERGIO BIASETTI, an individual,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>RUBEN URENA, an individual<br><br>Third-Party Defendant. | |

This matter is before the Court pursuant to this Court's August 10, 2021 Order (Dkt. No. 74) and Plaintiff American Family Insurance Company's ("American Family") deposit of insurance proceeds into the registry of the Court. *See* Dkt. No. 79. Having received the insurance proceeds on August 25, 2021,

IT IS HEREBY ORDERED:

    1.    Plaintiff American Family Insurance is dismissed from this case.

2. All Defendants and Third-Party Defendant are precluded from instituting or prosecuting any action against American Family arising out of the motor vehicle accident giving rise to Defendants' claims or potential claims against Ruben Urena.

3. American Family is discharged from all liability to the Defendants, in connection with or relating to the insurance policy at issue and the matters set forth in the Complaint.

4. All claims against Ruben Urena are dismissed with prejudice.

5. Dismissal of American Family and Ruben Urena does not dispose of the respective Defendants' claims to the $300,000 of insurance proceeds deposited into the Court Registry.

DATED this 8th day of September, 2021.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge